United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON BROWN, | Case No. 23-cv-04175-VC |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |
| E.C., | Case No. 23-cv-04299-VC |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |
| J.B., | Case No. 23-cv-04306-VC |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |
| H.D., | Case No. 23-cv-04617-VC |
| Plaintiff, | |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

United States District Court
Northern District of California

| | | |
|---|---|---|
| K.O., | | Case No.  23-cv-04643-VC |
| | Plaintiff, | |
| | v. | |
| UBER TECHNOLOGIES, INC., et al., | | |
| | Defendants. | |
| HEATHER WORZALLA, | | Case No.  23-cv-04731-VC |
| | Plaintiff, | |
| | v. | |
| UBER TECHNOLOGIES, INC., et al., | | |
| | Defendants. | |
| A.M., | | Case No.  23-cv-04939-VC |
| | Plaintiff, | |
| | v. | |
| UBER TECHNOLOGIES, INC., et al., | | |
| | Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the cases are related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, No. 23-md-3084-CRB.

**IT IS SO ORDERED.**

Dated: October 23, 2023

_____

VINCE CHHABRIA
United States District Judge

2