United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC.,
PASSENGER SEXUAL ASSAULT
LITIGATION

_____/

This Order Relates To:

23-cv-04940-JST

23-cv-04175-VC

23-cv-04299-VC

23-cv-04306-VC

23-cv-04617-VC

23-cv-04643-VC

23-cv-04731-VC

23-cv-04939-VC

23-cv-04723-JD

23-cv-03951-JD

Case No.  23-md-03084-CRB

**ORDER RELATING CASES**

Having reviewed several sua sponte referrals pursuant to Civil Local Rule 3-12(c), see Dkts. 23–25, the Court finds that the above-captioned cases are related to In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation, Case No. 23-md-3084.  The Court therefore reassigns the above-captioned cases to itself.

**IT IS SO ORDERED.**

Dated: October 23, 2023

_____

CHARLES R. BREYER
United States District Judge